1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

13  DONALD BRIDGES,

14             Plaintiff,
15
16        v.

17  THE COUNTY OF LOS ANGELES,
    DEPUTY JOHN PADILLA and
18  DEPUTY IVAN CARDENAS, and
19  DOES 1-10, INCLUSIVE

20           Defendants.
21

CASE NO.: CV14-04462-RGK (CWx)

**JUDGMENT RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

22     On May 15, 2015, Defendants the COUNTY OF LOS ANGELES,
23
24  DEPUTY JOHN PADILLA and DEPUTY IVAN CARDENAS filed their Motion
25  for Summary Judgment before the Honorable R. Gary Klausner, who took the
26  motion under submission.  Plaintiff did not file an opposition to the motion.
27
28

-1-
JUDGMENT RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

After full consideration of the papers filed in support of the motion, the Court finds that there are no genuine issues of material fact with regard to the issues raised in the Defendants' Motion and, therefore, grants summary judgment on the §1983 claim and the claims of assault, battery and negligence in favor of Defendants the COUNTY OF LOS ANGELES, DEPUTY JOHN PADILLA, and DEPUTY IVAN CARDENAS.

Therefore, for the reasons set forth by this Court in its Order of June 30, 2015 granting the Motion, judgment is hereby entered in favor of Defendants the COUNTY OF LOS ANGELES, DEPUTY JOHN PADILLA, and DEPUTY IVAN CARDENAS. As these Defendants are the prevailing parties, they shall be entitled to recover their costs reasonably incurred in defense of this action as allowed by the *Federal Rules of Civil Procedure*, Local Rules and 42 U.S.C. §§ 1883 and 1988.

IT IS SO ORDERED.

DATED: July 31, 2015

_____
Honorable R. Gary Klausner
United States District Court Judge